No. 93–7669. TERRELL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–7672. SHELTON ET AL. v. EBERHARDT ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–7685. DOYLE v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 93–7686. SULLIVAN v. FLANNIGAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–7698. ESPARZA v. WOODS ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–7709. LONG v. JENKINS ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–7715. GASSAWAY v. CODY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 93–7716. GIFFORD ET UX. v. NATIONAL BANK OF SOUTH DAKOTA, CITY OF PRESHO, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–7721. SANFORD v. ALAMEDA-CONTRA COSTA TRANSIT DISTRICT ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–7723. SWEENEY v. CIVIL SERVICE COMMISSION. Commw. Ct. Pa. Certiorari denied.

No. 93–7727. SNYDER v. LOVE. C. A. 3d Cir. Certiorari denied.

No. 93–7728. WILLIAMS v. PINE BLUFF SCHOOL DISTRICT NO. 3 ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–7731. ESPARZA v. PAROLE PANEL. C. A. 5th Cir. Certiorari denied.

No. 93–7735. FRIEDMAN v. DEAR ET AL. C. A. 2d Cir. Certiorari denied.